1  FELICITA VU NGO, State Bar No. 197880
   JAMES HARRINGTON, State Bar No. 202684
2  THE LAW OFFICE OF FELICITA VU NGO
   93 Devine Street, Suite 100
3  San Jose, CA 95110
   Telephone (408) 293-2500
4  Facsimile (408) 975-9969

5  Attorneys for Plaintiff and Counterclaim Defendant
   Diep Ngo
6
   JAMES C. YOON, State Bar No. 177155
7  MATTHEW A. ARGENTI, State Bar No. 240954
   WILSON SONSINI GOODRICH & ROSATI
8  Professional Corporation
   650 Page Mill Road
9  Palo Alto, CA 94304-1050
   Telephone:  (650) 493-9300
10 Facsimile:   (650) 565-5100
   jyoon@wsgr.com
11
   Attorneys for Defendants and Counterclaim Plaintiffs
12 Adnan Shennib and InSound Medical, Inc.

13

14                        UNITED STATES DISTRICT COURT

15                       NORTHERN DISTRICT OF CALIFORNIA

16                              SAN FRANCISCO DIVISION

17
   DIEP NGO,                          )   CASE NO.:  C 07-00501-MJJ
18                                    )
              Plaintiff and           )   ~~STIPULATION AND~~ ORDER OF
19            Counterclaim Defendant, )   **DISMISSAL WITHOUT PREJUDICE**
                                      )
20       v.                           )
                                      )
21 ADNAN SHENNIB and                  )
   INSOUND MEDICAL INC.,              )
22                                    )
              Defendants and          )
23            Counterclaim Plaintiffs.)
   _____)
24

25       This stipulation is entered into by and among Plaintiff Diep Ngo and Defendants Adnan

26 Shennib and InSound Medical, Inc. (InSound) in the above-referenced and titled action.

27       WHEREAS, Plaintiff Ngo would like to further investigate the nature of his claim against

28 Defendants Shennib and InSound; and

WHEREAS, InSound has agreed to assist Mr. Ngo's investigation by providing (or making available for inspection) documents relating to any assignment of rights by Mr. Ngo to U.S. Patent No. 6,940,988; and

WHEREAS, InSound and Mr. Shennib agree that they will raise no statute of limitations defense based on the time period between the date Mr. Ngo's complaint was filed, January 24, 2007, and six months from the date of this order. InSound and Mr. Shennib retain the right to raise any statute of limitations defense that existed as of the filing date of the January 24, 2007 complaint or that arises subsequent to the six month period following the date of this order;

IT IS HEREBY STIPULATED AND AGREED by and between Diep Ngo, Adnan Shennib and InSound through their designated counsel that the above-captioned action be and hereby is dismissed without prejudice pursuant to Fed. R. Civ. R. 41(a)(1)(ii).

Dated: April 10, 2007

THE LAW OFFICE OF FELICITA VU NGO

By: __/s/ Felicita Vu Ngo__
Felicita Vu Ngo

Attorneys for Plaintiff and
Counterclaim Defendant
Diep Ngo

Dated: April 10, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: __/s/ James C. Yoon__
James C. Yoon

Attorneys for Defendants and
Counterclaim Plaintiffs
Adnan Shennib and InSound Medical, Inc.

**IT IS SO ORDERED,**

Dated: 04/12/07

_____
JENKINS
UNITED STATES DISTRICT COURT FOR
NORTHERN DISTRICT OF CALIFORNIA

*(Seal: Judge Martin J. Jenkins)*